| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO | OFFICE OF THE CITY ATTORNEY |
| DENNIS J. HERRERA<br>City Attorney | JOSHUA WHITE<br>Deputy City Attorney |



DIRECT DIAL: (415) 554-4259
E-MAIL: joshua.white@sfgov.org

July 23, 2012

The Honorable Maria Elena James
United States Magistrate Judge
450 Golden Gate Avenue
15th Floor, Courtroom B
San Francisco, CA 94102

Re: *Raymond Quinn v. City and County of San Francisco, et al.*
U.S. District Court, Northern District of California Case No. 12-0766

Dear Judge James:

I represent the City and County of San Francisco and Lieutenants John Garcia and Raymond Macauley in the above-entitled action. I write to request that the Court relieve Lieutenant Garcia from the obligation to attend the settlement conference, currently scheduled for August 1, 2012. Plaintiff's counsel, Julien Swanson, does not oppose this request.

This is a 42 U.S.C. section 1983 case in which the plaintiff, Raymond Quinn, alleges that, while incarcerated in the San Francisco County Jail, he was injured when he fell from the top bunk, and that after the fall, he received improper medical care. Defendants request that the Court relieve Lieutenant Garcia from the obligation of attending the settlement conference because he has been erroneously named as a defendant – he was not working in the jail at the time of the incident and played no role whatsoever in any aspect of the incident. Nor was he involved in the incident in a supervisorial or training capacity. It is only a matter of time before Lieutenant Garcia will be dismissed as a defendant.

For the aforementioned reasons, Defendants respectfully request that Lieutenant Garcia be excused from attendance at the settlement conference.

Very truly yours,

DENNIS J. HERRERA
City Attorney

*/s/ Joshua S. White*

JOSHUA WHITE
Deputy City Attorney



7/31/2012

FOX PLAZA · 1390 MARKET ST. 6TH FLOOR · SAN FRANCISCO, CALIFORNIA  94102
RECEPTION: (415) 554-3900 FACSIMILE: (415) 554-3837

n:\lit\li2012\121048\00786966.doc