**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAYMOND QUINN,                                    No. C-12-00766 DMR

       Plaintiff(s),                **ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**

   v.

SF CITY & COUNTY,

       Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

     The Case Management Conference previously scheduled for September 26, 2012 has been CONTINUED to **November 28, 2012 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612.  The Case Management Statement is due no later than November 21, 2012.

     IT IS SO ORDERED.

Dated:  September 21, 2012

_____
DONNA M. RYU
United States Magistrate Judge